IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
~~NORTHERN~~ DIVISION
*Eastern*

2007 MAY -7 P 4:30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC NO. |
| ) | 2:07mc3362-MEF |
| AMERICAN TIRE DISTRIBUTORS, ) | |
| MONTGOMERY, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| LEONARD GARY PELHAM, ) | |
| ) | |
| Defendant. ) | |

### APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:01CR00069 entered against the defendant, LEONARD GARY PELHAM; the last four digits of defendant's Social Security Number is xxx-xx-4880; whose last known address is 339 Green Street, Shorter, Alabama 36075-4715, in the above cited action in the amount of $42,047.68, plus costs. There is a balance due of $40,981.18, as of May 7, 2007.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from May 7, 2007, but defendant has

failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

```
AMERICAN TIRE DISTRIBUTORS
2914 DAY STREET
MONTGOMERY, AL 36108
```

DATED: May 7, 2007

LEURA G. CANARY
UNITED STATES ATTORNEY

BY: _____
R. RANDOLPH NEELEY
ASSISTANT UNITED STATES ATTORNEY
Alabama Bar Number 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL 36101
Phone: (334) 223-7280
FAX:   (334) 223-7201
E-mail: rand_neeley@usdoj.gov