IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ *Eastern* DIVISION

RECEIVED
2007 MAY -7 P 4 30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC NO. |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, | ) | 3:07mc3362-MEF |
| MONTGOMERY, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| LEONARD GARY PELHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF GARNISHMENT AND INSTRUCTIONS TO DEBTOR

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on September 4, 2001. The Garnishment was served on AMERICAN TIRE DISTRIBUTORS, garnishee, and it is believed that the garnishee may have property of yours in its custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written Objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the Judgment owed the

United States of America.

Any Objection that you file to contest the Garnishment must be filed in the Office of the Clerk of the United States District Court, Middle District of Alabama, at One Church Street, or Post Office Box 711, Montgomery, Alabama 36101. The Objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the Objection or other pleadings must also be served on: (1) the United States Attorney for the Middle District of Alabama, One Court Square, Suite 201, or Post Office Box 197, Montgomery, Alabama 36101, and (2) American Tire Distributors, 2914 Day Street, Montgomery, AL 36108.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

BY: _____
     R. RANDOLPH NEELEY
     ASSISTANT UNITED STATES ATTORNEY
     Alabama Bar Number 9083-E56R
     Attorney for Plaintiff
     Post Office Box 197
     Montgomery, AL 36101
     Phone: (334) 223-7280
     FAX:   (334) 223-7201
     E-mail: rand_neeley@usdoj.gov

DEBT COLLECTION NOTICE
POST JUDGMENT

You are hereby notified that this property is being taken by the United States Government, which has a court judgment in the Middle District of Alabama, Case No. 2:01CR00069, for the amount of $40,981.18.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the Government if you can show that the exemptions apply. You must elect to exempt property listed in either paragraph A or paragraph B.

The first group of exemptions consists of property that is specified in section 522(d) of Title 11 of the United States Code and which consists generally of the following property:

**Paragraph A:**

1. The debtor's aggregate interest, not to exceed $18,450 in value, in real property or personal property that the debtor or a dependent of the debtor uses as a residence, in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence, or in a burial plot for the debtor or a dependent of the debtor.

2. The debtor's interest, not to exceed $2,950 in value, in one motor vehicle.

3. The debtor's interest, not to exceed $475 in value in any particular item or $9,850 in aggregate value, in household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments, that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor.

4. The debtor's aggregate interest, not to exceed $1,225 in value, in jewelry held primarily for the personal, family, or household use of the debtor or a dependent of the debtor.

5. The debtor's aggregate interest in any property, not to exceed in value $975 plus up to $9,250 of any unused amount of the exemption provided under paragraph (1) of this subsection.

6. The debtor's aggregate interest, not to exceed $1,850 in value, in any implements, professional books, or tools, of the trade of the debtor or the trade of a dependent of the debtor.

7. Any unmatured life insurance contract owned by the debtor, other than a credit life insurance contract.

8. The debtor's aggregate interest, not to exceed in value $9,850 less any amount of property of the estate transferred in the manner specified in section 542(d) of this title [11 USCS § 542(d)], in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the debtor under which the insured is the debtor or an individual of whom the debtor is a dependent.

9. Professionally prescribed health aids for the debtor or a dependent of the debtor.

10. The debtor's right to receive -

   (a) a social security benefit, unemployment compensation, or a local public assistance benefit;

   (b) a veterans' benefit;

   (c) a disability, illness, or unemployment benefit;

   (d) alimony, support, or separate maintenance, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

   (e) a payment under a stock bonus, pension, profitsharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor, unless -

   (i) such plan or contract was established by or under the auspices of an insider that employed the debtor at the time the debtor's rights under such plan or contract arose;

   (ii) such payment is on account of age or length of service; and

   (iii) such plan or contract does not qualify under section 401(a), 403(a), 403(b), or 408 of the Internal Revenue Code of 1986.

11. The debtor's right to receive, or property that is traceable to -

   (a) an award under a crime victim's reparation law;

   (b) a payment on account of the wrongful death of an individual of whom the debtor was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

(c) a payment under a life insurance contract that insured the life of an individual of whom the debtor was a dependent on the date of such individual's death, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

(d) a payment, not to exceed $18,450, on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent; or

(e) a payment in compensation of loss of future earnings of the debtor or an individual of whom the debtor is or was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

12.  Retirement funds to the extent that those funds are in a fund or account that is exempt from taxation under section 401, 403, 408, 408A, 414, 457, or 501(a) of the Internal Revenue Code of 1986.

**OR**

Below is a summary of the major exemptions which apply in most situations in the State of Alabama:

**Paragraph B:**

Major Exemptions Under Federal Law:

1.  Social Security benefits and Supplemental Security income (42 U.S.C. §407).

2.  Veterans' benefits  (38 U.S.C. §3101).

2a. Members of armed services (10 U.S.C. §1440, 38 U.S.C. §562).

3.  Federal civil service retirement benefits (5 U.S.C. §8346 and 22 U.S.C. §4060(c)).

4.  Annuities to survivors of federal judges  (28 U.S.C. §376(n))

5.  Longshoremen and Harborworkers Compensation Act (33 U.S.C. §916).

6.  Black lung benefits (30 U.S.C. §§931(b)(2)(F) and 932(a)).

3

6a. Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§1108-1109(a-c).

Exemptions listed in 1 through 6 above may not be applicable in child support and alimony cases.

6b. Railroad retirement, pension, unemployment benefits (45 U.S.C. §§231(m), 352(e).

7. Compensation for war risk hazards (42 U.S.C. §1717).

**Bankruptcy Code** (Title 11, United States Code) which generally provides exemptions for:

8. Homestead or Residential Property - $5,000 per individual in area not exceeding 160 acres is exempt, subject to certain liens.

9. Personal Property - $3,000 in personal property, plus all necessary wearing apparel, all family pictures and all family books are exempt.

10. Public Assistance - all public assistance benefits are exempt.

11. Unemployment Compensation - all employee contributions and benefits are exempt.

12. Veterans' Benefits - all bonuses to Southeast Asian War prisoners are exempt.

13. Wages - with respect to consumer loans, consumer credit sales, and consumer leases, debtor may exempt greater of 75% of weekly disposable earnings or 30 times federal minimum wage. In all other cases, 75% of wages are exempt.

14. Workers' Compensation - all employee claims and benefits are exempt.

15. Insurance Benefits - life insurance policy in favor of third party is exempt. An average of $250 per month of disability is exempt for the whole period of disability. $250 per month of an annuity is exempt.

16. Military Equipment - all personally owned uniforms, arms and equipment is exempt.

17. Partnership Property - Alabama has adopted the Uniform Partnership Act provision exempting a partner's interest in specific partnership property.

18. Pensions and Retirement Benefits - benefits from various employee pension systems are exempt.

19. Cemeteries and Burial Funds - family burial plots are exempt.

20. Crime Victims' Compensation - all exempt, except child support or costs due creditor included in the award.

21. Fraternal Benefit Society Benefits - all exempt.

If you are not a resident of the State of Alabama, there may be different property exemptions available under the laws of the state in which you reside.

If you are {name of judgment debtor], you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions [For a default judgment] or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must promptly notify the court. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at Clerk, U. S. District Court, P. O. Box 711, Montgomery, Alabama 36101. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the court clerk. You must also send a copy of your request to the Government at U. S. Attorney's Office, P. O. Box 197, Montgomery, Alabama 36101, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt [For a default judgment:] or why you think you do not owe the money to the Government. [For a writ of execution:]. If you do not request a hearing within 20 days of receiving this notice your [property] may be sold at public auction and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the court at Clerk, U. S. District Court, P. O. Box 711, or 15 Lee Street, Montgomery, Alabama 36101. You must also send a copy of your request to the Government at U. S. Attorney's Office, P. O. Box 197, Montgomery, Alabama 36101, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

| | |
|---|---|
| _____ I/we request a hearing. | |

Clerk, U. S. District Court
P. O. Box 711
Montgomery, Alabama 36101