

Tires, wheels, and a whole lot more!

May 17, 2007

Clerk, U. S. District Court
Middle District of Alabama
One Church Street
Montgomery, AL 36101

3:07 mc3362-MEF

RE: Leonard Gary Pelham – Case No. 2:01CR00069

American Tire Distributors, Inc. received the Writ of Garnishment for our employee, Leonard Gary Pelham, on May 16, 2007. Mr. Pelham is currently employed in our Montgomery, Alabama Distribution Center. His approximate disposable earnings per biweekly pay period are $797.00.

Sincerely,

Ailene W. Bradley
Payroll Manager

cc: Leonard Gary Pelham
    1705 S. Hull Street
    Montgomery, AL 36104

    United States Attorney
    P. O. Box 197
    Montgomery, AL 36101

12200 Herbert Wayne Court • Suite 150 • P.O. Box 3145 • Huntersville, NC 28070-3145 • (704) 992-2000



**AMERICAN Tire Distributors**
Tires, wheels, and a whole lot more!
12200 Herbert Wayne Court
Suite 150 • PO Box 3145
Huntersville, NC 28070-3145

3610434018 C006

Clerk, U. S. District Court
Middle District of Alabama
One Church Street
Montgomery, AL 36101

$00.41⁰
US POSTAGE
Mailed From 28078
05 17 2007